HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES MAGILL,

Plaintiff,

vs.

SIMPLY HOME REALTY, LLC,

Defendant.

Case No. 3:25-cv-06005-JLR

**STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE FOR
DEFENDANT TO FILE AMENDED
ANSWER**

**Note on Motion Calendar: May 19, 2026**

Plaintiff James Magill ("Plaintiff") and Defendant Simply Home Realty, LLC ("SHR" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS,** Plaintiff filed his Complaint and Jury Demand (the "Complaint") on November 10, 2025 (Dkt. 1);

**WHEREAS,** on April 14, 2026, Defendant filed its Answer to Plaintiff's Complaint (Dkt. 6), which included sixteen affirmative defenses;

**WHEREAS,** on May 4, 2026, Plaintiff filed Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Dkt. 8) (the "Motion to Strike"), which challenged Affirmative Defenses Nos. 1, 3, 10, 13, 14, and 15;

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE
FOR DEFENDANT TO FILE AMENDED ANSWER - Page 1

O'HAGAN MEYER PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-844-1350

#12204879v1

**WHEREAS,** the Parties subsequently corresponded concerning the affirmative defenses challenged by the Motion to Strike, and Defendant prepared a proposed Amended Answer to address the issues raised;

**WHEREAS,** on May 15, 2026, Plaintiff filed a Notice to Withdraw Pending Motion (Dkt. 10) withdrawing the Motion to Strike;

**WHEREAS,** Defendant has prepared a proposed Amended Answer to Plaintiff's Complaint, a copy of which is attached hereto as **Exhibit A**;

**WHEREAS,** Plaintiff does not oppose, and consents to, the filing of Defendant's Amended Answer in the form attached as **Exhibit A**;

**WHEREAS,** Federal Rule of Civil Procedure 15(a)(2) provides that, in cases such as this one, "a party may amend its pleading only with the opposing party's written consent or the court's leave," and that "[t]he court should freely give leave when justice so requires";

**WHEREAS,** no trial date has been set in this matter and the deadlines set forth in the Court's Scheduling Order will not be affected by the filing of the Amended Answer; and

**WHEREAS,** the Parties enter into this Stipulation in the interest of judicial economy and to avoid unnecessary motion practice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, through their respective counsel of record, that:

1. Defendant Simply Home Realty, LLC shall have leave to file the Amended Answer attached hereto as **Exhibit A**; and

2. Defendant's Amended Answer shall be deemed filed and served as of the date the Court enters the Proposed Order accompanying this Stipulation, or within five (5) court days thereafter, whichever is later.

**SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE
FOR DEFENDANT TO FILE AMENDED ANSWER - Page 2

#12204879v1

DATED this 19th day of May, 2026.

**NORTHWEST JUSTICE PROJECT**

By:  _s/Tyler Graber_
    Tyler Graber, WSBA #46780
    Carrie Graf, WSBA #51999
    711 Capitol Way S, Suite 704
    Olympia, WA 98501
    tylerg@nwjustice.org
    carrie.graf@nwjustice.org

*Attorneys for Plaintiff James Magill*

DATED this 19th day of May, 2026.

**O'HAGAN MEYER PLLC**

By:  _s/Bradley J. Krupicka_
    Bradley J. Krupicka, WSBA #43768
    Thien D. Tran, WSBA #63954
    1420 Fifth Avenue, Suite 2200
    Seattle, WA 98101
    bkrupicka@ohaganmeyer.com
    ttran@ohaganmeyer.com

*Attorneys for Defendant Simply Home Realty, LLC*

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE
FOR DEFENDANT TO FILE AMENDED ANSWER - Page 3

#12204879v1

# [PROPOSED] ORDER

Based on the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendant Simply Home Realty, LLC is GRANTED leave to file the Amended Answer attached as **Exhibit A** to the Parties' Stipulation; and

2.  Defendant's Amended Answer shall be deemed filed and served as of the date of this Order, or within five (5) court days thereafter, whichever is later.

**IT IS SO ORDERED.**

DATED this __21st__ day of _____May_____, 2026.

_____

HONORABLE JAMES L. ROBART
United States District Judge

**Presented by:**

**O'HAGAN MEYER PLLC**

By: ___*s/ Bradley J. Krupicka*_____
    Bradley J. Krupicka, WSBA #43768
    Thien D. Tran, WSBA #63954

*Attorneys for Defendant Simply Home Realty, LLC*

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE
FOR DEFENDANT TO FILE AMENDED ANSWER - Page 4

**O'HAGAN MEYER PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-844-1350

#12204879v1